MEMORANDUM OPINION



Nos. 04-07-00651-CV & 04-07-00652-CV



ADVANCE'D TEMPORARIES, INC.,


Appellant



v.



Debbie HERNANDEZ, Individually and Jennifer Delgado, Individually,


Appellees



From the 150th Judicial District Court, Bexar County, Texas


Trial Court Nos. 2007-CI-07271 & 2007-CI-07268


Honorable Larry Noll, Judge Presiding



PER CURIAM


Sitting: Catherine Stone, Justice

 Karen Angelini, Justice

 Sandee Bryan Marion, Justice


Delivered and Filed: November 28, 2007


DISMISSED

 Before the court is appellant's motion for voluntary dismissal. Appellant's motion to dismiss
is granted, and these appeals are dismissed. See Tex. R. App. P. 42.1(a)(1). Costs of appeal are
taxed against the appellant. See id. at (d). 

 PER CURIAM